■ GEORGE W. CHAMBERLAIN, Appellant, v JOSEPH AMATO, Respondent. (Action No. 1.) GEORGE W. CHAMBERLAIN, Appellant, v JOSEPH AMATO et al., Respondents. (Action No. 2.) GEORGE W. CHAMBERLAIN, Appellant, v JOSEPH AMATO et al., Respondents. (Action No. 3.) (Appeal No. 1.) [739 NYS2d 331] —Appeal from an order and judgment (one document) of Supreme Court, Monroe County (Galloway, J.), entered October 31, 2000, which, inter alia, dismissed the complaint after a nonjury trial.

■ GEORGE W. CHAMBERLAIN, Appellant, v JOSEPH AMATO, Respondent. (Action No. 1.) GEORGE W. CHAMBERLAIN, Appellant, v JOSEPH AMATO et al., Respondents. (Action No. 2.) GEORGE W. CHAMBERLAIN, Appellant, v JOSEPH AMATO et al., Respondents. (Action No. 3.) (Appeal No. 2.) [739 NYS2d 332] —Appeal from an order of Supreme Court, Monroe County (Galloway, J.), entered December 6, 2000, which denied plaintiff's motion for a mistrial and a new trial.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (see, CPLR 5501 [a] [2]). Present—Pigott, Jr., P.J., Pine, Scudder, Burns and Gorski, JJ.